■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HARRY CHARLES, Appellant. [845 NYS2d 210]—Judgment, Supreme Court, New York County (Gregory Carro, J.), rendered on or about May 17, 2006, unanimously affirmed. No opinion. Order filed. Concur—Saxe, J.P., Friedman, Sweeny, McGuire and Malone, JJ.